1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERNEST MILLER,

11           Plaintiff,                    No. CIV S-06-0947 DFL GGH P

12       vs.

13   HIGH DESERT STATE PRISON, et al.,

14           Defendants.                   ORDER

15   _____/

16           On May 29, 2007, defendants filed a motion to dismiss for failure to exhaust

17   administrative remedies.  On June 7, 2007, plaintiff filed a one page opposition.  In his

18   opposition, plaintiff states that he is in administrative segregation without access to his legal

19   property.  The court will grant plaintiff thirty days to obtain his legal property and file a

20   supplemental opposition.

21           Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from

22   the date of this order to file a supplemental opposition to defendants' motion to dismiss.

23   DATED:   6/13/07

24                                              /s/ Gregory G. Hollows

                                          _____
25                                              UNITED STATES MAGISTRATE JUDGE

26   mill947.eot

1