IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

        Plaintiff,               No. CIV S-06-0947 DFL GGH P

    vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.          __DISCOVERY ORDER__

_____/

        Defendants Silkey has answered the complaint.  Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

        1.  Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135 and shall only be filed when required by Local Rules 30-250(a), 33-250(c), 34-250(c) and 36-250(c);

        2.  Responses to written discovery requests shall be due forty-five days after the request is first served;

        3.  Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen days before such a deposition, defendants serve all parties with the notice required by Fed. R. Civ. P. 30(b)(1); and

1

1          4.  If disputes arise about the parties' obligations to respond to requests for

2  discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of

3  the Federal Rules of Civil Procedure and Rules 5-134, 5-135, 6-136, 7-130, 7-131, 11-110, 43-

4  142, and 78-230(m) of the Local Rules of Practice for the United States District Court, Eastern

5  District of California; unless otherwise ordered, Local Rule 37-251 shall not apply.  Filing of a

6  discovery motion that does not comply with all applicable rules may result in imposition of

7  sanctions, including but not limited to denial of the motion.

8  DATED:  10/15/07

9                         /s/ Gregory G. Hollows

10                      GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

11  GGH:bb
mill0947.440

2