IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

    Plaintiff,                              No. CIV S-06-0947 JAM GGH P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 1, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On August 9, 2007, plaintiff filed objections titled "motion to lodge that plaintiff's objects to dismissal of defendants."

        The magistrate judge recommended that the claims against defendant Roche be dismissed for plaintiff's failure to exhaust administrative remedies. On September 12, 2007, plaintiff filed a motion to lodge the director's level decision exhausting his claims against

1

defendant Roche. Attached is a copy of a director's level decision dated August 7, 2007. This appeal does not address the claims against defendant Roche contained in the complaint filed in this action.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The court construes plaintiff's September 12, 2007, motion as further briefing in support of his objections;

2. The findings and recommendations filed August 1, 2007, are adopted in full; and

3. Defendant Roche's May 29, 2007, motion to dismiss is granted.

DATED: September 8, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/mill0947.801