1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ERNEST MILLER,

11            Plaintiff,                    No. CIV S-06-947 JAM GGH P

12        vs.

13    HIGH DESERT STATE PRISON, et al.,

14            Defendants.                   ORDER

15    _____/

16            On August 14, 2008, pleading filed a pleading stating that prison officials have

17    denied him access to his legal property since May 12, 2008.  Plaintiff states that he has also been

18    denied access to his other property, including stamps and reading glasses, which he requires to

19    litigate this action.

20            Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this

21    order, defendants shall file a response to plaintiff's claim that he has been denied access to his

22    legal property and personal property necessary to litigate this action.

23    DATED: 09/08/08                       /s/ Gregory G. Hollows

24                                          UNITED STATES MAGISTRATE JUDGE

25    miller.fb

26

                                            1