IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

      Plaintiff,                                      No. CIV S-06-0947 RRB GGH P

     vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.                   <u>ORDER</u>

_____/

        On September 8, 2008, plaintiff filed a motion for sanctions against defendants. Plaintiff appears to argue that defendants were not ready for trial on August 1, 2008, as ordered by the court. The March 13, 2008, scheduling order set August 1, 2008, as the discovery cut-off date. Plaintiff's motion for sanctions is without merit.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 8, 2008, motion for sanctions (# 51) is denied.

DATED: 09/24/08                                 /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

1