1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERNEST MILLER,

11              Plaintiff,                    No. CIV S-06-0947 JAM GGH P

12        vs.

13   HIGH DESERT STATE PRISON, et al.,

14              Defendants.                   ORDER

15   _____/

16              IT IS HEREBY ORDERED that within five days of the date of this order,

17   defendants shall show cause for their failure to comply with the September 8, 2008, order,

18   directing them to file briefing within ten days responding to plaintiff's claim that he is being

19   denied access to his legal and personal property.

20   DATED: 10/03/08                         /s/ Gregory G. Hollows
                                            _____
21                                           UNITED STATES MAGISTRATE JUDGE

22

23   miller.osc

24

25

26

                                    1