IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

    Plaintiff,          No. CIV S-06-947 JAM GGH P

  vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.        ORDER

_____/

      On August 14, 2008, pleading filed a pleading stating that prison officials have denied him access to his legal property since May 12, 2008. Plaintiff stated that he had also been denied access to his other property, including stamps and reading glasses, which he required to litigate this action. On September 8, 2008, the court ordered defendants to file a response to these claims within ten days.

      Ten days passed and defendants did not file a response to the September 8, 2008, order. Accordingly, on October 3, 2008, the court ordered defendants to show cause for their failure to comply with this order. On October 2, 2008, defendants filed a response to the September 8, 2008, order and a request for extension of time to file this response nunc pro tunc. The court was not aware of defendants' October 2, 2008, pleadings when it issued the October 3, 2008, order. Good cause appearing, the October 3, 2008, order to show cause is withdrawn.

1

Defendants' October 2, 2008, request for extension of time is granted nunc pro tunc.

According to defendants' response, plaintiff was issued all of his personal property and some of his legal property on July 11, 2008. On October 2, 2008, plaintiff was issued the remainder of his legal property. Because plaintiff has now been issued all of his legal and personal property, his August 14, 2008, request that the court order defendants to provide him with his property is denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 3, 2008, order to show cause is withdrawn;

2. Defendants' October 2, 2008, request for extension of time (# 57) is granted nunc pro tunc;

3. Plaintiff's August 14, 2008, request for his property (# 48) is denied as moot.

DATED: 10/10/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

mill947.po