IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

        Plaintiff,                       No. CIV S-06-0947 JAM GGH P

    vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.                 <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 12, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Because the court orders defendant's motion for summary judgment granted, which closes this case, plaintiff's December 24, 2008, motion for a preliminary injunction is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 12, 2009, are adopted in full;

2. Defendant Silkey's December 19, 2008, motion for summary judgment (no. 68) is granted;

3. Plaintiff's motion for a preliminary injunction (no. 69) is denied.

DATED: May 21, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/mill0947.805