IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

      Plaintiff,                    No. CIV S-06-0947 JAM GGH P

   vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.              <u>ORDER</u>

/

      On May 26, 2009, judgment was entered in defendants' favor. On June 1, 2009, plaintiff filed a motion addressed to this court titled "Petition for Re-Hearing," citing Fed. R. App. 35. This court does not have the authority to re-hear the decision to enter judgment pursuant to Fed. R. App. 35.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for rehearing (no. 84) is denied.

DATED: June 26, 2009

                                              /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

mil947.ord